# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 15-00063 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL DEWAYNE WILLIAMS | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the oral Report and Recommendation of the Magistrate Judge, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress (Record Document 23) be and is hereby **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 18th day of December, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE